IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL WICKHAM,

        Plaintiff,        Civil No. 05-352-HU

  vs.

                           ORDER

APOLLO, INC. and JOHN DOE,

        Defendants.

REDDEN, Judge:

    Magistrate Judge Hubel filed his Findings and Recommendation on June 29, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983); see also, Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1  -   ORDER

Accordingly, I ADOPT the Magistrate's Findings and Recommendation (doc. 25) that defendant Apollo's motion to dismiss plaintiff's second claim for relief be granted.

IT IS SO ORDERED.

Dated this __19th__ day of July, 2005.

                                               /S/ James A. Redden
                                                   James A. Redden
                                               United States District Judge